GEOFFREY V. WHITE (SBN. 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile:  (415) 362-4115
Email:  gvwhite@sprynet.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELIA THURMAN, as Executor of the Estate of MONA WAHAB (deceased),<br><br>Plaintiff,<br><br>v.<br><br>ULTRADATA CORPORATION LONG-TERM DISABILITY PLAN, and RELIANCE STANDARD LIFE INSURANCE CO., an Illinois corporation,<br><br>Defendants. | Case No. CV-09-3712 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND** [Proposed] **ORDER** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(i), Plaintiff hereby voluntarily dismisses this action against the above-named defendants, with prejudice.

DATED: October 6, 2009                      LAW OFFICE OF GEOFFREY V. WHITE

By _____
Geoffrey V. White
Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated:   October 6, 2009                  _____
United States District Judge
Judge Charles R. Breyer

NOTICE OF VOLUNTARY DISMISSAL AND ORDER- Case No. CV-09-3712 CRB

- 1 -